UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| KPH Healthcare Services, Inc., a/k/a Kinney Drugs, Inc., et al., | : : : : | No. 1:20-cv-08754 |
| v. | : : | |
| Abbvie Inc., et al. | : : | |
| KPH Healthcare Services, Inc., a/k/a Kinney Drugs, Inc., et al., | : : : : | No. 1:20-cv-08756 |
| v. | : : | |
| Hetero USA Inc., et al. | : : : | |

**PLAINTIFF KPH'S NOTICE OF MOTION AND
MOTION FOR APPOINTMENT OF INTERIM
<u>CO-LEAD COUNSEL FOR THE DIRECT PURCHASER CLASS</u>**

**PLEASE TAKE NOTICE** that, pursuant to Federal Rule of Civil Procedure 23(g), Plaintiff KPH Healthcare Services, Inc., a/k/a Kinney Drugs, Inc. ("KPH"), respectfully moves this Court for the appointment of Dianne M. Nast and Michael L. Roberts as interim co-lead counsel for the direct purchaser class in the above-captioned litigation.  In support of this motion, and contemporaneously herewith, KPH submits the accompanying:

    A.  Memorandum of Law;

    B.  Declaration of Dianne M. Nast annexing Exhibits 1 through 9; and

C. Proposed Order.

Dated:  October 20, 2020

        Respectfully Submitted,

        /s/Dianne M. Nast
        Dianne M. Nast
        **NASTLAW LLC**
        1101 Market Street, Suite 2801
        Philadelphia, PA 19107
        Telephone: (215) 923-9300
        Fax: (215) 923-9302
        mford@nastlaw.com
        jnroda@nastlaw.com
        dnast@nastlaw.com

        Michael L. Roberts
        Stephanie Egner Smith
        **ROBERTS LAW FIRM, P.A.**
        1920 McKinney Avenue, Suite 700
        Dallas, Texas 75201
        Telephone: (501) 952-8558
        mikeroberts@robertslawfirm.us
        stephaniesmith@robertslawfirm.us

        *Counsel for Plaintiff KPH Healthcare Services, Inc. a/k/a Kinney Drugs, Inc. and the putative Direct Purchaser Class*

## CERTIFICATE OF SERVICE

I, Dianne M. Nast, certify that, on this date, the foregoing documents were served on all counsel of record by filing via the Court's CM/ECF system, and by electronic mail to the following counsel:

| | |
|---|---|
| Bruce E. Gerstein | David F. Sorensen |
| Garwin Gerstein & Fisher LLP | Berger Montague PC |
| 88 Pine Street, 10th Floor | 1818 Market Street, Suite 3600 |
| New York, NY 10005 | Philadelphia, PA 19103 |
| bgerstein@garwingerstein.com | dsorensen@bm.net |

*J M Smith Corporation's Proposed Interim Co-Lead Counsel
in Case Nos. 20-cv-5735 and 20-cv-7110 (S.D.N.Y.) (LJL)*

Dated: October 20, 2020

/s/Dianne M. Nast
Dianne M. Nast